UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KEVIN CHEN, *also known as*
KEVIN CHUNG,

          Petitioner,

v.

KEVIN RAYCRAFT et al.,

          Respondents.

_____/

Case No. 1:26-cv-1100

Honorable Robert J. Jonker

## **ORDER**

Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee currently detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan, initiated this action by filing a counseled combined petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and complaint for declaratory and injunctive relief. (Pet., ECF No. 1.) In an order entered on April 3, 2026, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted. (Order, ECF No. 3.) Respondents filed their response on April 8, 2026. (ECF No. 4.)

In Respondents' response, Respondents indicate that Petitioner was scheduled for a custody redetermination hearing in the Detroit Immigration Court on April 9, 2026. (Resp., ECF No. 4, PageID.43 (citing Notice Hearing, ECF No. 4-3).) The parties have not informed this Court of the outcome of this hearing. Accordingly,

**IT IS ORDERED** that within two business days, Respondents shall submit a written response setting forth the outcome of the April 9, 2026, custody redetermination hearing. As applicable, Respondents shall include a copy of the Immigration Judge's order for the April 9,

2026, custody redetermination hearing as an exhibit. No further briefing will be permitted at this time.


Dated:    April 14, 2026                                /s/ Robert J. Jonker
                                                        Robert J. Jonker
                                                        United States District Judge